# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| ETHAN MCROREY, KAYLEE FLORES, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States, and the FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | Civil Action No. 7:23-cv-00047-O |

## PLAINTIFFS' NOTICE IN RESPONSE TO THE COURT'S MAY 12, 2023 ORDER

COME NOW Plaintiffs, Ethan McRorey ("McRorey"), Kaylee Flores ("Flores"), Gun Owners of America, Inc. ("GOA"), and Gun Owners Foundation ("GOF") (collectively "Plaintiffs"), by and through undersigned counsel, and hereby respond to this Court's May 12, 2023 Order to "file a notice on the docket explaining the details of the notice they provide" as follows:

1. Immediately after filing the Complaint, the Motion for Temporary Restraining Order, Preliminary Injunction and/or Permanent Injunction and the accompanying Memorandum in Support, undersigned counsel emailed the filings to the following counsel for the Department of Justice:

    a. Daniel Riess: Daniel.Riess@usdoj.gov

    b. Abby Wright: abby.wright@usdoj.gov

    c. Mark Stern: mark.stern@usdoj.gov

1

    d. Bradley Hinshelwood: bradley.a.hinshelwood@usdoj.gov.

2. Plaintiffs caused to all filings to be mailed to the Defendants and the Civil Process Clerk of the Northern District of Texas, by United States Postal Service, Priority Mailing, with tracking. All mailings show as having been delivered.

    a. Northern District of Texas Civil Process Clerk: Tracking Number 420752429505506674313132458465 (Delivered May 16, 2023).

    b. Federal Bureau of Investigation: Tracking Number 420205359505506674313132458489 (Delivered May 15, 2023).

    c. Attorney General: Tracking Number 420205309505506674313132458502 (Delivered May 15, 2023).

3. On Tuesday, May 16, 2023, undersigned additionally sent all filings by email to additional Department of Justice Counsel:

    a. Taylor N. Pitz: taylor.n.pitz@usdoj.gov

    b. Jody Lowenstein: jody.d.lowenstein@usdoj.gov

    c. Michael Drezner: michael.l.drezner@usdoj.gov

4. On Tuesday, May 16, 2023, Department of Justice Counsel, Taisa M. Goodnature, emailed undersigned stating that she had been assigned to represent Defendants in this matter and to direct all communications regarding this matter to her.

                                        Respectfully submitted,

Dated: May 17, 2023

                                      */s/ Stephen D. Stamboulieh*
                                      Stephen D. Stamboulieh
                                      NDTX#: 102784MS
                                      MS Bar No. 102784
                                      Stamboulieh Law, PLLC
                                      P.O. Box 428

Olive Branch, MS  38654
(601) 852-3440
E-mail: stephen@sdslaw.us

Brandon W. Barnett
Texas Bar No. 24053088
Barnett Howard & Williams PLLC
930 W. 1st St., Suite 202
Fort Worth, Texas 76102
817-993-9249 (T)
817-697-4388 (F)
E-mail: barnett@bhwlawfirm.com

David G. Browne*
SPIRO & BROWNE, PLC
2400 Old Brick Road
Glen Allen, VA 23060
804-573-9220 (T)
804-836-1855 (F)
E-mail: dbrowne@sblawva.com
*Pro hac vice application forthcoming

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I Stephen D. Stamboulieh, hereby certify that I have on this day, filed the foregoing document or pleading with this Court's CM/ECF system, which caused a notice and copy of this pleading to be sent to all counsel of record.

I additionally emailed this filing to the following individuals who have not entered an appearance:

Taisa M. Goodnature
Trial Attorney
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, D.C. 200005
Phone: 202-514-3786
Fax: 202-616-8460
Email: Taisa.M.Goodnature@usdoj.gov

Dated: May 17, 2023.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh