# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **ETHAN MCROREY, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 7:23-cv-00047-O** |
| **MERRICK B. GARLAND, in his Official** | § | |
| **Capacity as Attorney General of the** | § | |
| **United States, and the FEDERAL** | § | |
| **BUREAU OF INVESTGATION,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiffs' Motion to be relieved, in part, from Local Rule 83.10 (ECF No. 4), filed on May 12, 2023. Having reviewed the Motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiffs' counsel is required to fulfill all local counsel requirements and abide by all local rules of this Court, including the standards of litigation conduct set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam). It is further **ORDERED** that if proceeding without local counsel disrupts this litigation or otherwise results in a failure to comply with the rules of this Court, Plaintiffs will be required to immediately obtain local counsel.

**SO ORDERED** on this **24th day** of **April, 2023**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1