IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ETHAN MCROREY, KAYLEE FLORES, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States, and the FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | Civil Action No. 7:23-cv-00047-O |

## MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

COME NOW Plaintiffs, Ethan McRorey ("McRorey"), Kaylee Flores ("Flores"), Gun Owners of America, Inc. ("GOA"), and Gun Owners Foundation ("GOF") (collectively "Plaintiffs"), by and through undersigned counsel and, pursuant to LR 56.7, request the Court grant Plaintiffs leave to file the attached Notice of Supplemental Authority.

LR 56.7 requires parties to seek "permission of the presiding judge" to file supplemental authority. As such, Plaintiffs request leave to file a Notice of Supplemental Authority, notifying this Court that the Eleventh Circuit recently granted *en banc* review and vacated the panel decision in *NRA v. Bondi*, 61 F.4th 1317 (11th Cir. 2023). Defendants do not oppose Plaintiffs' motion.

Additionally, while a motion for the relief requested herein is not listed in LR 7.1(h), due to the straightforward nature of the relief requested, Plaintiffs request to be relieved of the requirement to file a brief in support upon this filing.

Respectfully submitted,

1

Dated:  July 17, 2023

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
NDTX#: 102784MS
MS Bar No. 102784
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
E-mail: stephen@sdslaw.us

Brandon W. Barnett
Texas Bar No. 24053088
Barnett Howard & Williams PLLC
930 W. 1st St., Suite 202
Fort Worth, Texas 76102
817-993-9249 (T)
817-697-4388 (F)
E-mail: barnett@bhwlawfirm.com

David G. Browne*
SPIRO & BROWNE, PLC
2400 Old Brick Road
Glen Allen, VA 23060
804-573-9220 (T)
804-836-1855 (F)
E-mail: dbrowne@sblawva.com
*Admitted pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to LR 7.1(b), Counsel for Plaintiffs emailed counsel for Defendants seeking the position of Defendants on the requested relief, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be filed with this Court's CM/ECF system which generated a notice and delivered a copy of this filing to all counsel of record.

Dated: July 17, 2023.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh