IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ETHAN MCROREY, KAYLEE FLORES, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States, and the FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | Civil Action No. 7:23-cv-00047-O |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs file this Notice of Supplemental Authority to advise the Court that the Eleventh Circuit, in *NRA v. Bondi*, No. 21-12314, 2023 U.S. App. LEXIS 17960 (11th Cir. July 14, 2023), recently granted rehearing *en banc* and thereby vacated the panel decision in *NRA v. Bondi*, 61 F.4th 1317 (11th Cir. 2023).

Plaintiffs briefed the various reasons that the panel's decision in *Bondi* was erroneous, on pages 8, 11, and 12 of Plaintiffs' Memorandum in Support of their Motion for Temporary Restraining Order, Preliminary Injunction, and/or Permanent Injunction (ECF #3). Defendants responded to Plaintiffs' use of *Bondi* on page 22 of their Opposition. (ECF #14). In any event, the panel decision in *Bondi* now has been vacated and is no longer good law.

Respectfully submitted,

Dated: July 17, 2023

1

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
NDTX#: 102784MS
MS Bar No. 102784
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
E-mail: stephen@sdslaw.us

Brandon W. Barnett
Texas Bar No. 24053088
Barnett Howard & Williams PLLC
930 W. 1st St., Suite 202
Fort Worth, Texas 76102
817-993-9249 (T)
817-697-4388 (F)
E-mail: barnett@bhwlawfirm.com

David G. Browne*
SPIRO & BROWNE, PLC
2400 Old Brick Road
Glen Allen, VA 23060
804-573-9220 (T)
804-836-1855 (F)
E-mail: dbrowne@sblawva.com
*Admitted pro hac vice

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be filed with this Court's CM/ECF system which generated a notice and delivered a copy of this filing to all counsel of record.

Dated: July 17, 2023.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

2