UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ETHAN MCROREY, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:23-cv-00047-O |
| MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States, and the FEDERAL BUREAU OF INVESTGATION, | § § § § § | |
| Defendants. | § § | |

## ORDER STAYING PROCEEDINGS

Before the Court is Defendants' Unopposed Motion to Stay Proceedings (ECF No. 33), filed September 21, 2023. Having considered the same, the Court **GRANTS** the Motion. The case is **STAYED** pending the Fifth Circuit's resolution of Plaintiffs' appeal from this Court's order denying Plaintiffs' motion for injunctive relief. Notice of Appeal (ECF No. 31).

Unless otherwise directed, summary judgment briefing in this case shall resume upon decision by the Fifth Circuit. Plaintiffs' Motion for Summary Judgment shall be due within **30 days** of the Fifth Circuit's issuance of a decision. Defendants' Cross-Motion and Response shall be due within **21 days** thereof. Plaintiffs' Response to the Cross-Motion and Reply shall be due within **14 days** thereof. And Defendants' Reply shall be due **14 days** thereafter.

**SO ORDERED** this **23rd** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE