**FILED**
**July 2, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 26, 2024
Lyle W. Cayce
Clerk

No. 23-10837

―――――――――

Ethan McRorey; Kaylee Flores; Gun Owners of America, Incorporated; Gun Owners Foundation,

*Plaintiffs—Appellants,*

*versus*

Merrick Garland, *U.S. Attorney General*; Federal Bureau of Investigation,

*Defendants—Appellees.*

―――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:23-CV-47

―――――――――

Before Smith, Haynes, and Douglas, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

No. 23-10837

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on Jul 02, 2024**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**