# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| ETHAN MCROREY, KAYLEE FLORES, ) <br> GUN OWNERS OF AMERICA, INC., and ) <br> GUN OWNERS FOUNDATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MERRICK B. GARLAND, in his Official ) <br> Capacity as Attorney General of the ) <br> United States, and the FEDERAL ) <br> BUREAU OF INVESTIGATION, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 7:23-cv-00047-O |

## PLAINTIFFS' NOTICE OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ethan McRorey, Kaylee Flores, Gun Owners of America, Inc. and Gun Owners Foundation, by and through their undersigned counsel, respectfully file this Notice of Dismissal.

Respectfully submitted,

Dated: July 5, 2024.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
NDTX#: 102784MS
MS Bar No. 102784
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
E-mail: stephen@sdslaw.us

Brandon W. Barnett
Texas Bar No. 24053088
Barnett Howard & Williams PLLC

1

930 W. 1st St., Suite 202
Fort Worth, Texas 76102
817-993-9249 (T)
817-697-4388 (F)
E-mail: barnett@bhwlawfirm.com

David G. Browne*
SPIRO & BROWNE, PLC
2400 Old Brick Road
Glen Allen, VA 23060
804-573-9220 (T)
804-836-1855 (F)
E-mail: dbrowne@sblawva.com
*Admitted Pro Hac Vice

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I Stephen D. Stamboulieh, hereby certify that I have on this day, filed the foregoing document or pleading with this Court's CM/ECF system, which caused a notice and copy of this pleading to be sent to all counsel of record.

Dated: July 5, 2024.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
